UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **15-8094**

In re: Processed Egg Products
(E.D.Pa. No. 08-md-02002)

**ORDER**

At the direction of the Court, the parties are hereby directed to submit supplemental briefing on the issue of whether the denial of class certification "effectively terminates the litigation because the value of each plaintiff's claim is outweighed by the costs of stand-alone litigation." Newton v. Merrill Lynch , Pierce, Fenner & Smith, Inc., 259 F.3d 154, 164 (3d Cir. 2001). The supplemental briefing should also address when the indirect purchaser plaintiffs could appeal the denial of class certification if "the litigation follow[s] its natural course." Id. at 165.  The supplemental briefs shall not exceed ten (10) double-spaced pages and shall be filed by November 4, 2015.

For the Court,

s/ Marcia M. Waldron
Clerk

Dated: October 20, 2015
PDB/cc: All Counsel of Record